AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| | |
|---|---|
| | /s/  Gregory T. Murphy |
| Date | Signature |
| | Print Name                    Bar Number |
| | Address |
| | City          State          Zip Code |
| | Phone Number                  Fax Number |

1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Brian Keith Higgs

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE LOUISA S. PORTER)**

11 | UNITED STATES OF AMERICA,        )  Case No. 08MJ1936
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                )  **CERTIFICATE OF SERVICE**
                                      )
14 | BRIAN KEITH HIGGS,                )
                                      )
15 |         Defendant.                )
   |_____)

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                      Efile.dkt.gc2@usdoj.gov; and

20
                            Linda A. King
21              laking@N2.net,vbm_5562@yahoo.com

22                          Respectfully submitted,

24 DATED:     June 26, 2008           /s/ Gregory T. Murphy
                                      **GREGORY T. MURPHY**
25                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Brian Keith Higgs